**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Victor M. Padilla,            )<br>                              )<br>           Plaintiff,           )<br>                              )<br>     v.                       )<br>                              )<br>Bechtel Construction Co., and Carpenters )<br>Local 408,                    )<br>                              )<br>           Defendants.        ) | No. CV-06-286-PCT-LOA<br><br>ORDER SETTING SCHEDULING<br>CONFERENCE |

   This matter has been assigned to the undersigned United States Magistrate Judge. Pursuant to LRCiv.16.2(b)(3), Rules of Practice of the United States District Court for the District of Arizona, as modified on December 1, 2005, this action is designated a standard track case.

   Accordingly,

   **IT IS ORDERED**:

   (1) This Order shall serve as notice to plaintiff(s) under Rule 4(m), Fed.R.Civ.P., that the Court may dismiss this action without further notice with respect to any defendant for whom there is not a proper return of service on file establishing that service of process was accomplished within 120 days of the filing of the complaint, unless plaintiff(s) has (have) filed prior to the expiration of the 120-day service period a motion requesting and showing good cause for an extension of time to accomplish service.

   (2) Plaintiff(s) shall promptly serve a copy of this Order on all defendants who have not filed an appearance with the Court, either with service of process or promptly after receipt of this Order if service or waiver of service was accomplished prior to such receipt, and shall

1 promptly file a notice of such service.

2 **IT IS FURTHER ORDERED** that a scheduling conference will be held pursuant
to Rule 16(b), F.R.Civ.P., before the undersigned on **October 16, 2006 at 10:00 a.m.** in the
Chambers of Magistrate Judge Lawrence O. Anderson, Suite 322, Third Floor, Sandra Day
O'Connor United States Courthouse, 401 West Washington Street, Phoenix, AZ.  At least one
of the attorneys for each party attending the conference shall have authority to enter into
stipulations and make admissions regarding all matters which may be discussed.  See, Rule
16(c), FED.R.CIV.P.

Prior to the consent of the parties to the exercise of jurisdiction by a United States
magistrate judge and the reassignment of this case from District Judge Earl H. Carroll to the
undersigned, the parties filed their Joint Proposed Case Management Plan (docket #11).

After the conference, the Court may enter an Order limiting the time within which
counsel may complete discovery, file dispositive motions and file the joint pretrial statement.
The Court's Order shall control the course of the action unless modified by subsequent Order.

Out-of-state counsel may participate in the scheduling conference by telephone with
prior approval by the Court by contacting the Court at (602)-322-7620.

DATED this 3rd day of October, 2006.

Lawrence O. Anderson
United States Magistrate Judge

2