1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor M. Padilla, | No. CV-06-286-PHX-LOA |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | |
| Bechtel Construction Company, a Nevada corporation; Carpenters Local 408, | |
| Defendants. | |

On February 27, 2007, this Court issued numerous orders including the following:

> **IT IS FURTHER ORDERED** that Plaintiff's counsel shall mail a true and complete copy of this Order to his client within five days of counsel's receipt of this Order. <u>Plaintiff's counsel shall file a Notice of Compliance by **5:00 p.m. (Arizona time) on Thursday, March 8, 2007**</u>.

(docket # 50 at 12-13; emphasis added) According to the docket as of 9:40 a.m. on March 13, 2007, Plaintiff's counsel has, at the minimum, failed to timely file a Notice of Compliance as directed.

**IT IS ORDERED** setting an Order To Show Cause evidentiary hearing for attorney Richard M. Grimsrud to physically appear before the undersigned on **March 26, 2007 at 1:30 p.m.** in Courtroom 302, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington St., Phoenix, Arizona and show cause why he should not be sanctioned for failure to timely comply with court orders and/or be found in indirect civil contempt of court pursuant to 18 U.S.C.§ 401(3) and 28 U.S.C § 636(e)(3) for failing to comply with the

Court's February 27, 2007 as indicated herein. Efforts made by Richard M. Grimsrud after entry of this Order in an effort to comply with all of the February 27, 2007 Orders may mitigate the sanctions imposed and/or purge any finding of contempt.

**IT IS FURTHER ORDERED** that Richard M. Grimsrud shall also timely file a written response to this Order To Show Cause and explain the reasons, if any, why he failed to timely comply with all of this Court's February 27, 2007 Order and why sanctions should not be imposed by **4:00 p.m. (Arizona time) on Wednesday, March 21, 2007**.

**IT IS FURTHER ORDERED** that Richard M. Grimsrud shall physically and timely appear at the aforesaid OSC hearing or, absent good cause shown, more serious sanctions may be imposed, such as, the issuance of a civil arrest warrant directing the U.S. Marshal Service to arrest Richard M. Grimsrud and that he remain detained until compliance with all of the February 27, 2007 Order.

**IT IS FURTHER ORDERED** that adverse counsel may appear telephonically by calling (602) 322-7620 promptly at the time and date for the subject OSC hearing.

DATED this 13th day of March, 2007.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge