**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor M. Padilla, | ) No. CV-06-286-PCT-LOA |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Bechtel Construction Company, a Nevada corporation; Carpenters Local 408, | ) |
| Defendants. | ) |

  This matter arises on the Court's review of Richard M. Grimsrud's Notice of Compliance by Plaintiff's counsel, filed on March 15, 2007, which includes an attached Affidavit by Plaintiff under penalty of perjury, also dated March 15, 2007, indicating that Plaintiff received the Court's 13-page February 27, 2007 Order. (docket # 54) The Court deems Grimsrud's Notice of Compliance to also be a Response to Order to Show Cause mandated in this Court's March 14, 2007 OSC.

  Although it is another untimely filed document, Grimsrud's Notice of Compliance verifies that Grimsrud timely provided his client a complete copy of the Court's February 27, 2007 Order which warned Plaintiff and Grimsrud of the potential for adverse consequences to Plaintiff's case due to "Plaintiff's counsel['s] failure to timely respond to any motion or a failure to timely comply with any order, Rule of Procedure or Local Rule . . . ." (docket # 50 at 4)  Having made its point to Plaintiff and his attorney, the Court determines that going forward with the OSC in Phoenix with this Flagstaff lawyer is unnecessary and an

1  unreasonably harsh for arguably a *de minimus* violation of the Court order and Grimsrud's
2  prompt response to the OSC.
3        **IT IS ORDERED** that the Court's March 26, 2007 OSC evidentiary hearing is
4  hereby **VACATED** and the OSC is hereby **DISCHARGED**.
5        DATED this 15th day of March, 2007.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge