**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Victor M. Padilla, | ) | No. CV-06-286-PHX-LOA |
| Plaintiff, | ) ) ) | **ORDER TO SHOW CAUSE** |
| vs. | ) ) ) | |
| Bechtel Construction Company, a Nevada corporation; Carpenters Local 408, | ) ) ) | |
| Defendants. | ) ) | |

      On October 17, 2006 and February 7, 2007, this Court ordered that "[a]ll pleadings filed hereinafter shall contain the following number and initials: No. CV-06-286-PHX-LOA." (docket # 21 and # 40 )  Judge Carroll's Order of September 20, 2006 also ordered that all further documents filed contain the new case number. (docket # 13) Despite three orders, defense counsel continues to file pleadings with the incorrect case number. See docket # 56 and # 67.

      Placing the appropriate case number and initials on pleadings is not a petty requirement.  Filing documents containing the wrong number and initials creates additional work for the overburdened clerks and may lead to misfilings of documents and unnecessary delays in the administration of justice. The Court is at a loss what more a district court must do for Phoenix counsel, employed by a reputable law firm, to comply with three express orders and LRCiv 7.1(a)(3).

1  **IT IS ORDERED** that attorney Joshua R. Woodard, Bar No. 15,592, Show
2  Cause on or before **5:00 p.m. on Monday, April 30, 2007** why he should not be sanctioned
3  for failure to comply with court orders and/or be found in indirect civil contempt of court
4  pursuant to 18 U.S.C.§ 401(3), 28 U.S.C § 636(e)(3) or the Court's inherent power. Attorney
5  Joshua R. Woodard shall file a written response to this OSC explaining why he should not
6  be sanctioned for failure to comply with prior court orders and LRCiv 7.1(a)(3).

7  DATED this 16th day of April, 2007.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge