**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor M. Padilla, ) | No. CV-06-286-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Bechtel Construction Company, a Nevada ) corporation; Carpenters Local 408, ) | |
| ) | |
| Defendants. ) | |

This matter arises on the Court's review of Joshua R. Woodard's timely Response to OSC and Declaration. (docket # 73)  At this time, the Court believes it has made its point without the need to be punitive and that all counsel shall pay more attention to the details of their filings and all orders of the District Court.

**IT IS ORDERED** that the Court's April 17, 2007 OSC is hereby **DISCHARGED**.

DATED this 26th day of April, 2007.

Lawrence O. Anderson
United States Magistrate Judge