**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Victor M. Padilla, | ) | No. CV-06-286-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Bechtel Construction Co., and Carpenters Local 408, | ) | |
| Defendants. | ) | |

Pursuant to Defendant Bechtel Construction Company's Notice of Settlement (docket #76) filed May 1, 2007,

**IT IS ORDERED** that the parties shall finalize their settlement papers and submit a Stipulation to Dismiss this case and Order on or before **May 31, 2007.** If the parties are unable to comply with this order in submitting a Stipulation to Dismiss, then the parties shall submit a Joint Status Report on or before **May 31, 2007** on why additional time is necessary to finalize this matter.

DATED this 8th day of May, 2007.

Lawrence O. Anderson
United States Magistrate Judge