**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor M. Padilla, ) | No. CV-06-286-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Bechtel Construction Company, a Nevada ) | |
| corporation; Carpenters Local 408, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, each side to bear his or its own attorney's fees, costs and expenses.

**IT IS FURTHER ORDERED** that Defendant Carpenters Local 408's Motion for Summary Judgment (docket # 57) is **DENIED** as moot.

DATED this 17th day of May, 2007.

Lawrence O. Anderson
United States Magistrate Judge